UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61789-CIV-DIMITROULEAS

CHOISILIA GEFFRARD,

Magistrate Judge Rosenbaum

    Plaintiff,

vs.

BEANY'S 01, INC.,
a Florida corporation and
MILENA M. MEIER, individually,

    Defendant.
_____/

### ORDER DIRECTING CLERK TO SELECT MEDIATOR

THIS CAUSE is before the Court upon Plaintiff's Request for Clerk to Appoint Mediator, filed herein on May 7, 2008. [DE-13].

In the instant Motion, Plaintiff requests the Court to appoint a neutral mediator. Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk shall designate a mediator from the list of certified mediators on a blind and random basis.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Christopher J. Whitelock, Esq.
Stephen J. Padula, Esq.